

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-15-00480-CV

**LIBERTY SPORT AVIATION, L.P.**,
Appellant

v.

**TEXAS HILL COUNTRY BANK**,
Appellee

From the 216th Judicial District Court, Kendall County, Texas
Trial Court No. 14-314A
Honorable N. Keith Williams, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE CHAPA, AND JUSTICE PULLIAM

In accordance with this court's opinion of this date, the trial court's severance order is AFFIRMED, and the trial court's summary judgment is AFFIRMED. Any costs of appeal are assessed against appellant, Liberty Sport Aviation, L.P.

SIGNED September 7, 2016.

_____
Jason Pulliam, Justice